**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRA KNOBLER, MURIEL HICKEY, JAMES PRATER, and DANYEL GEDDIE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RELX, INC.,<br><br>Defendant. | Civil Action No.: 1:26-cv-00786<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Ira Knobler, Muriel Hickey, James Prater, and Danyel Geddie bring this action on behalf of themselves, and all others similarly situated against Relx, Inc. ("Defendant"). Plaintiffs make the following allegations pursuant to the investigation of their counsel and based upon information and belief, except as to the allegations specifically pertaining to themselves, which are based on personal knowledge.

## NATURE OF THE ACTION

1. For over three years, Defendant has been nickel and diming visitors of its New York Comic Con on its website in violation of the New York Arts and Cultural Affairs Law § 25.07(4). Whenever a consumer selects an admission ticket on the website https://www.newyorkcomiccon.com/en-us.html, he is quoted a fee-less price, only to be ambushed by a non-delineated "Service Fee" at checkout after clicking through the various screens required to make a purchase. Defendant also ambushes consumers with a required "Shipping" or "Delivery" fee added on all of their customers' purchases, and only disclosed to the customer *after*

the purchase.. This cheap trick has enabled Defendant to swindle substantial sums of money from their customers and blatantly violates New York Arts and Cultural Affairs Law § 25.07(4).

2. To stop this hustle, New York passed Arts and Cultural Affairs Law ("ACAL") § 25.07(4), which provides that "every operator … of a place of entertainment … shall disclose the total cost of the ticket, <u>inclusive of all ancillary fees that must be paid in order to purchase the ticket</u>." (Emphasis added). "Such disclosure of the <u>total cost and fees</u> shall be displayed in the ticket listing *prior to* the ticket being selected for purchase." *Id.* (emphasis added). And "[t]he price of the ticket shall not increase during the purchase process." *Id.* Additionally, "[d]isclosures of subtotals, fees, charges, and any other component of the total price shall not be false or misleading, and may not be presented more prominently or in the same or larger size as the total price." *Id.* This latest version of the law went into effect August 29, 2022. *See* Exhibit A.

3. Additionally, while ACAL § 25.07(4) allows for "reasonable fees for the delivery of non-electronic tickets," it only does so "based on the delivery method selected by the purchaser, which shall be disclosed prior to accepting payment therefor." But Defendant does not provide for alternative delivery options and does not disclose the "Shipping" or "Delivery" fee prior to accepting payment therefore.

4. Moreover, such misleading and deceptive fee disclosures have also independently actionable under New York General Business Law ("GBL") § 349.

5. For these reasons, Plaintiffs seek relief in this action individually, and on behalf of all other ticket purchasers for Defendant's place of entertainment, New York Comic Con, for statutory and/or actual damages, reasonable attorneys' costs and fees, and injunctive relief under New York Arts and Cultural Affairs Law § 25.33 and New York General Business Law § 349.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because there are more than 100 class members, and the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest, fees, and costs, and at least one class member is a citizen of a state different from Defendant. Defendant sold at least 100,000 tickets to its place of entertainment through its website during the applicable class period, and is liable for a minimum of fifty dollars in statutory damages for each ticket sold. There is minimum diversity under 28 U.S.C. § 1332(d) because many class members who visit Defendant's place of entertainment come from other states. Indeed, the New York Comic Con in Manhattan, is a major tourist attraction, and is the only Comic Con within a hundred-mile radius. Additionally, Defendant is a corporation from the State of Connecticut, and Plaintiffs are residents of New York.

7. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because Plaintiff Prater and Plaintiff Geddie reside in this District and therefore a substantial part of the events or omissions giving rise to the claim occurred in this District.

8. This Court has personal jurisdiction over Defendant because Defendant sells tickets to its place of entertainment, the New York Comic Con, in this District.

## PARTIES

9. Plaintiff Muriel Hickey is an individual consumer who, at all times material hereto, was a citizen and resident of Queens, New York. On or about June 11, 2023, Plaintiff Hickey purchased three admission tickets to the 2023 New York Comic Con through Defendant's website, https://www.newyorkcomiccon.com/en-us.html. On or about June 18, 2024, Plaintiff Hickey purchased two tickets to the 2024 New York Comic Con through Defendant's Verified Fan Pre Sale through Defendant's website, https://www.newyorkcomiccon.com/en-us.html. The

transaction flow process she viewed on Defendant's website was substantially similar to that as depicted in Figures 1, 3, 4, and 8 of this FAC.

10. Plaintiff Ira Knobler is an individual consumer who, at all times material hereto, was a citizen and resident of Queens, New York. Plaintiff Knobler purchased three admission tickets to the New York Comic Con on or about June 5, 2025 through Defendant's Verified Fan Pre Sale through Defendant's website, https://www.newyorkcomiccon.com/en-us.html. The transaction flow process he viewed on Defendant's website was substantially similar to that as depicted in Figures 1, 3, 4, and 8 of this FAC.

11. Plaintiff James Prater is an individual consumer who, at all times material hereto, was a citizen and resident of the Bronx, New York. On or about June 9, 2024, Plaintiff Prater purchased four admission tickets to the New York Comic Con through Defendant's Verified Fan Pre Sale through Defendant's website, https://www.newyorkcomiccon.com/en-us.html. On or about June 15, 2025, Plaintiff Prater purchased six single-day admission tickets and one four-day admission ticket to the New York Comic Con through Defendant's Verified Fan Pre Sale through Defendant's website, https://www.newyorkcomiccon.com/en-us.html. The transaction flow process he viewed on Defendant's website was substantially similar to that as depicted in Figures 1, 3, 4, and 8 of this FAC.

12. Plaintiff Danyel Geddie is an individual consumer who, at all times material hereto, was a citizen and resident of New York, New York. On or about June 21, 2023, Plaintiff Geddie purchases two admission tickets to the New York Comic Con through Defendant's General On Sale through Defendant's website, https://www.newyorkcomiccon.com/en-us.html. The transaction flow process she viewed on Defendant's website was substantially similar to that as depicted in Figures 11, 12, 2, and 8 of this FAC.

13. Defendant RELX, Inc. is a Delaware corporation. RX USA is the division of the Defendant corporation that operates the New York Comic Con and its website, https://www.newyorkcomiccon.com/en-us.html. RX USA is located at 401 Merrit 7, Norwalk, Connecticut 06851.

## **RELEVANT FACTUAL ALLEGATIONS**

14. Every year, Defendant hosts the New York Comic Con, which is a convention celebrating fans' favorite comics. To buy tickets to this event, Defendant offers two methods: the Fan Verified Pre Sale Process and the General On Sale.

15. When consumers sign up to be a part of NY Comic Con's Verified Fan Pre Sale process, they are sent an email from NY Comic Con, inviting them to purchase their tickets earlier than other consumers. *See* Figure 1, 2025 Fan Verification Pre Sale Email from NY Comic Con.

**From:** New York Comic Con <NYCC@comic.reedpop.com>
**Sent:** Monday, June 16, 2025 11:20 AM
**To:** kristina@reedpop.com
**Subject:** Did you buy your NYCC tickets yet? 👀

***** External email: use caution *****

If you can't view this email please click here

**OCTOBER 9-12, 2025 · JAVITS CENTER**

Did you buy your NYCC tickets yet? 👀

ICYMI: NYCC tickets are available, but this Fan Verification presale ends SOON. If you haven't bought your tickets yet, don't wait! We've already sold out of VIP, 4-Day, and Saturday tickets. Your next chance to buy won't be until the General On-sale on June 25. *While Saturday tickets are sold out for the Fan Verification Presale, there will be more available during the General On-sale.*

Here's your unique link to buy NYCC 2025 tickets before the general public:
www.showclix.com/event/nycc2025pe9nd00t745dekfd9d9sd2bbs/tag/K6OG3AZV7OGA5KH83C08213CL9O6L1S1

Secure your tickets now to the biggest pop culture convention on the East Coast. Trust us – you're not going to want to miss what we have in store this year!

PS. if the link above is unclickable for you, copy and paste the *entire* URL into your web browser or login to My Tickets with your Fan Verified email address to grab your unique link.

**Figure 1**

16. When consumers click their unique link to buy tickets, they are brought to a ticketing screen which displays the types of tickets they can purchase and the costs of those tickets. *See* Figures 2-4, 2023, 2024, & 2025 Fan Verified Pre Sale Ticketing Pages. On these pages, NY Comic Con advertises the base cost of the ticket, plus a $1.80 Service Fee (or a $4.05 Service Fee in 2025). *See id.*


NEW YORK COMIC CON
WELCOME HOME, HERO.
OCTOBER 12-15
JAVITS CENTER
NEW YORK CITY
WEBSITE
TWEET
New York Comic Con 2023
Sun. Feb 8, 2026 - Mon. Mar 23, 2026
All Ages
NYCC is the East Coast's largest pop culture convention and the only one that takes place in the comic book, publishing, media, and licensing capital of the world — New York City. Get ready to geek out and experience the best in pop culture because no matter what fandom you're passionate about. We can't wait to see you October 12 -15 at the Javits Center.
Request Sold Out Tickets on Lyte. If Lyte is accepting returns for that ticket type, they will make every effort to extend offers for fan ticket returns. You may also sell your your ticket to anther fan directly by creating a Private Exchange link. Just click "Sell or Transfer" to create a link.
Keep reading for important information regarding NYCC tickets:
Age Restrictions: Children 5 and under will be admitted for free all weekend and no ticket is required. Sunday Kids tickets are for those 6-12. Please prepare to show proof of age onsite.
Ticket Mailing: If you're purchasing after September 17, 2023 at 11:59 PM ET, please bring your email confirmation to the Will Call counters onsite at the Javits Center to pick up your official ticket (Helpful hint: Bring a printed copy of your receipt! If the Will Call line gets unusually long, we'll be able to take your printed receipt and give you your ticket right in the middle of the line so we can get you into NYCC faster.)
You will be charged full price if a replacement ticket is needed.
Tickets will not begin to mail until September.
Activation is required for all NYCC 2023 tickets prior to entering the event. You can activate your tickets once you receive them in the mail or pick them up onsite at NYCC23.com/activate
Reserve Tickets
4-Day Ticket $230.00 + $1.80 Service Fee $231.80
Thursday Ticket $80.00 + $1.80 Service Fee $81.80
Sold Out Friday Ticket $70.00 + $1.80 Service Fee $71.80
Saturday Ticket $70.00 + $1.80 Service Fee $71.80
Sunday Ticket $70.00 + $1.80 Service Fee $71.80
Sunday Kids Ticket - Ages 6-12 (Purchase of an Adult Ticket required) $25.00 + $1.80 Service Fee $26.80
4-Day Digital Ticket Only + More Details $25.00 + $1.80 Service Fee $26.80
Ticket prices listed do not include tax or applicable delivery fees. These charges will be added during checkout
Get Tickets »
Venue Details
Jacob K. Javits Convention Center
655 West 34th Street
New York, NY 10001
Join the Conversation
Twitter: @NY Comic Con
Instagram: @newyorkcomiccon

**Figure 2**




WEBSITE TWEET

## New York Comic Con 2024

Mon. Sep 1, 2025 - Mon. Mar 23, 2026

All Ages

Welcome home, hero. New York Comic Con is your event. Where you can feel unafraid to geek out. Where you're accepted and embraced for being yourself, regardless of your cultural background, physical ability, personal identity, or self-expression. Where you can experience the best in pop culture because no matter what fandom you're passionate about, we have it waiting here for you. Be inspired by award-winning comic artists and Japanese anime creators. Get star struck over your favorite TV and film idols. Treat yourself to exclusive fandom gear and unique artwork. But most importantly, create all those memories with the people you care about the most. Because this event is for you. To embrace your inner hero or root for the villain. To geek out as a family. To celebrate a weekend together you'll never forget.

**Age Restrictions:** Children 5 and under will be admitted for free all weekend and do not require a ticket. Sunday Kids tickets are for those ages 6-12 only. Please be prepared to show proof of age onsite if requested. If Sunday Kids tickets sell out or if you're bringing a child aged 6-12 on another day of the event, they will need a valid adult ticket for that day.

**Ticket Mailing:** Tickets will not begin to mail until September. If you purchased your ticket(s) after September 22nd, please bring your receipt (that's your confirmation email with the QR Code) to Will Call to pick up your ticket at the event. Check back for more information. Will Call hours and location can be found on our website closer to the show.

**Pro-tip:** Bring a printed copy of your receipt! If the Will Call line gets unusually long, we'll be able to take your printed receipt and give you your ticket right in the middle of the line so we can get you into NYCC faster.

Do not lose your ticket once you receive it in the mail or pick it up at Will Call. **You will be charged full price if a replacement ticket is needed.** NYCC tickets are non-refundable and non-resalable. NYCC tickets cannot be reproduced or upgraded.

**Reserve Tickets**

| | | |
|---|---|---|
| 0 | VIP Ticket<br>+More Details<br>*$575.00 + $7.80 Service Fee* | $582.80 |
| Sold Out | 4-Day Ticket<br>+More Details<br>*$268.00 + $7.80 Service Fee* | $275.80 |
| 0 | Thursday Ticket<br>+More Details<br>*$85.00 + $1.80 Service Fee* | $86.80 |
| 0 | Friday Ticket<br>+More Details<br>*$85.00 + $1.80 Service Fee* | $86.80 |
| Sold Out | Saturday Ticket<br>+More Details<br>*$85.00 + $1.80 Service Fee* | $86.80 |
| 0 | Sunday Ticket<br>+More Details<br>*$85.00 + $1.80 Service Fee* | $86.80 |
| 0 | Sunday Kids Ticket - Ages 6-12 (Purchase of an Adult Ticket required)<br>+More Details<br>*$37.00 + $1.80 Service Fee* | $38.80 |
| 0 | NYCC @ Home with Popverse<br>+More Details<br>*$8.27 + $1.80 Service Fee* | $10.07 |

**Select Bundles**

| | | |
|---|---|---|
| Sold Out | VIP Ticket Bundle<br>+More Details<br>*$575.00 + $7.80 Service Fee* | $582.80 |

*Ticket prices listed do not include tax or applicable delivery fees. These charges will be added during checkout*

Get Tickets »

**Venue Details**

**Figure 3**




**Figure 4**[1]

17. However, these are not the true costs of the tickets. First, NY Comic Con actually charges consumers a Service Fee of $3.25 in 2023 and $3.50 in 2024, not $1.80. And second, NY Comic Con also charges consumers between $14.00 and $22.00 to ship their tickets, but this fee is

[1] These figures are taken from Exhibits 13, 14, and 15 of the May 1, 2026 Declaration of Kristina Rogers Wright (ECF Nos. 20, 20-13, 20-14, and 20-15). After Plaintiffs' counsel alerted Defendant of the discrepancies in the displayed fees, as explained in this FAC, Defendant filed a Corrected Declaration of Kristina Rogers Wright in which Defendant attached Corrected Exhibits of the Ticketing Pages displaying a fee of $3.25 in 2023, $3.50 in 2024, and $4.00 in 2025. *See* ECF Nos. 24, 24-1, 24-2, and 24-3. However, this only illustrates the need for discovery in this case. Plaintiffs are entitled to test the veracity of Defendant's suspicious "corrections."

never disclosed to consumers during the checkout process. Rather, consumers are slapped with an additional $1.45 to $1.70 in Service Fees and $14.00 to $22.00 in mandatory Shipping Fees that they only ever learn about after purchase. *See* Figure 5, 2023 Confirmation Record of Plaintiff Hickey & Figure 6, 2024 Confirmation Record of Plaintiff Hickey.

## Receipt Details

| Tickets | Price | Service Fee | Subtotal |
|---|---|---|---|
| 1 x Saturday Ticket<br>*$70.00 Each* | $70.00 | $3.25 | $73.25 |
| 1 x Sunday Ticket<br>*$70.00 Each* | $70.00 | $3.25 | $73.25 |
| **Products** | | | |
| 1 x NYCC 2023 Comic Lanyard<br>*$10.00 Each* | $10.00 | $0.00 | $10.00 |
| Delivery Fee (Expedited Shipping) | | | $14.00 |
| Product Tax | | | $0.89 |
| Sales Tax | | | $12.43 |
| **Grand Total** | | | **$183.82** |

The charge **$183.82** will appear on the statement for your card ending in [redacted] as **SHOWCLIX*RE *NY Comic** .

PLEASE SAVE THIS RECEIPT FOR YOUR RECORDS! This is your confirmation, not your ticket.

PLEASE NOTE: Charges to your credit card will appear as "NY Comic Con".

Click here for information about our [Health & Safety Guidelines].

**Activation is required for all NYCC 2023 tickets prior to entering the event. You can activate your tickets once you receive them in the mail or pick them up onsite at NYCC2023.com/activate**

Your confirmation ID is:
**RUHFGTZ123689127**

## Event Details

**New York Comic Con 2023**
Sun. Feb 8, 2026 - Fri. Feb 20, 2026
Jacob K. Javits Convention Center
655 West 34th Street
New York, NY 10001

## Customer Info

**Customer Name**
Muriel Hickey
**Billing Information**
[redacted]
New York, NY [redacted]
US
[redacted]
**Date of Purchase**
06/11/2023 10:13am EST

## Delivery Address

Muriel Hickey
[redacted]

**Figure 5**

### Receipt Details

| Tickets | Price | Service Fee | Subtotal |
|---|---|---|---|
| 1 x Saturday Ticket<br>*$75.00 Each* | $75.00 | $3.50 | $78.50 |
| 1 x Sunday Ticket<br>*$75.00 Each* | $75.00 | $3.50 | $78.50 |
| **Products** | | | |
| 1 x 2024 Official Lanyard<br>*$10.00 Each* | $10.00 | $0.00 | $10.00 |
| Delivery Fee (Expedited Shipping (with Merch)) | | | $22.00 |
| Product Tax | | | $0.89 |
| Sales Tax | | | $13.32 |
| **Grand Total** | | | **$203.21** |

The charge **$203.21** will appear on the statement for your card ending in [redacted] as **SHOWCLIX*RE *NY Comic** .

PLEASE NOTE: Charges to your credit card will appear as "NY Comic Con".

**Ticket Mailing:** If you're buying your NYCC ticket after September 22, please bring a copy of your confirmation email and barcode to Will Call in the Blue Crystal Palace Entrance at the Javits Center to pick up your ticket(s). We can accept digital copies, but if the line is long, we'll take your printed receipt and give you your ticket to get you out of line faster. Trust us; you'll want to have a printed copy on hand if this happens.

**Badge Activation:** Activation is required for all NYCC 2024 tickets. You can activate your tickets once you receive them in the mail or pick them up onsite at NYComic24.com/Activate.

**Pro-Tips:** Keep your order information and tickets in a safe place (as you would with your keys or

Your confirmation ID is:
**8RTT93G156326948**

### Event Details

**New York Comic Con 2024**
Mon. Sep 1, 2025 - Fri. Feb 20, 2026
Jacob K. Javits Convention Center
655 West 34th Street
New York, NY 10001

### Customer Info

**Customer Name**
Muriel Hickey
**Billing Information**
Redacted for P.I.I.
Redacted for P.I.I.
Rego Park, NY [redacted]
US
Redacted for P.I.I.
Redacted for P.I.I.
**Date of Purchase**
06/18/2024 2:14am EST

### Delivery Address

Muriel Hickey

**Figure 6**

18. NY Comic Con states that "Shipping is required for US Orders prior to the ticket mailing deadline because lines at Will Call to pick up your ticket can get looooooong." *See* Figure 7, 2026 Important Tickets Details Page.




**Figure 7**

19. Despite requiring shipping, NY Comic Con makes no mention of the Shipping Fee, not even on the final checkout screen. *See* Figure 8, Checkout Page.



**Figure 8**

20. NY Comic Con admits its own violation. On it's website advertising the costs of its tickets, NY Comic Con states that the "Prices above do not include ticket fees, shipping or taxes. Shipping and taxes will be calculated at checkout." *See* Figure 9, 2024 Important Tickets Details Page & Figure 10, 2025 A Couple of Important Deets About Tickets Page (both captured from the WayBackMachine).




**Figure 9**




**Figure 10**

21. The second purchase process a consumer may use to buy tickets to NY Comic Con is the General Onsale. A General Onsale purchase can buy tickets either by independently navigating to Defendant's website, https://www.newyorkcomiccon.com/en-us.html or by receiving a marketing email from NY Comic Con and navigating to Defendant's website by clicking on the "Ticket Packages & Pricing" button. *See* Figure 11, NY Comic Con Website Home Page & Figure 12, General Onsale Email.




**Figure 11**



The NYCC General Onsale begins on June 26 at 12:00 PM ET.

To purchase your tickets to NYCC 2024, check your email for your unique onsale link with the subject line: **NYCC 2024: Onsale Link**. If you can't find it, check that pesky spam folder.

If you are Fan Verified, but did not receive the email, you can pull your unique onsale link from My Tickets. You must pull your link before 10:00 AM ET on June 26 as My Tickets will shut down during the onsale.

Click here to see more details about timing and pricing.

**2024 TICKET PACKAGES & PRICING**

**Figure 12**

22. After a consumer selects the "Tickets" button on the home page or the "Ticket Packages & Pricing" button from the email, he is taken to a screen which lists the prices of tickets.

*See* Figure 13. Here, for single day tickets to the New York Comic Con, Defendant advertises its tickets for the first time as $72.75 for Adults. *Id.* However, just like the Fan Verified Pre Sale tickets, these are not the true prices of tickets to the New York Comic Con.




**Figure 13**

23. Once the General Onsale is open, the greyed out "Coming Soon" button becomes a "Buy Tickets" button. Once a General Onsale customer clicks the "Buy Tickets" button, he is navigated to the same Ticketing Page displayed in Figure 2. At this time, the total price was displayed to the consumer as $71.80 per daily admission ticket. *See* Figure 2. Once again, neither the total Service Fee of $3.25, nor the mandatory Shipping Fee of $14.00, is displayed on this Ticketing Page.[2] Only after checkout do consumers see that they were charged an additional $1.45 in Service Fees and $14.00 in Shipping Fees. *See* Figure 14, Plaintiff Geddie's 2023 Receipt Showing That Defendant Charged An additional $1.45 in Service Fees and $14.00 in Shipping

[2] Even taking Defendant's Corrected Declaration as true (that the 2023 Ticketing Page displayed a total cost of $73.25 per daily admission ticket), the cost of Defendant's tickets still increased during the purchase process because Defendant first advertised the price for a single day ticket in 2023 as $72.75, stating that the price "includes ticket fees," then increased the price to $70.00 plus $3.25 in Service Fees on the Ticketing Page (for a total of $73.25, not including the $14.00 mandatory Shipping Fee). *Compare* Figure 13 *with* Figure 2.

Fees, which is simply listed as "Fee." *See* Figure 14.

[redacted]

Date of Purchase
06/21/2023 12:45pm EDT

Tickets

| | | |
|---|---|---|
| 2x | **Friday Ticket**<br>$140.00 + $6.50 Fee | **$146.50** |

Delivery (Expedited Shipping)
Only available for US shipping addresses. Ticket(s) will ship via USPS Priority Mail and tracking will be provided.

| | |
|---|---|
| Fee | $14.00 |
| Sales Tax | $12.43 |
| Grand Total | **$172.93** |

PLEASE SAVE THIS RECEIPT FOR YOUR RECORDS! This is your confirmation, not your ticket.

PLEASE NOTE: Charges to your credit card will appear as "NY Comic Con".

Click here for information about our Health & Safety Guidelines.

**Activation is required for all NYCC 2023 tickets prior to entering the event. You can activate your tickets once you receive them in the mail or pick them up onsite at NYCC2023.com/activate**

Tickets purchased before September 3 at 11:59 PM ET will be mailed in September. If you're buying your NYCC ticket after September 3, please bring a copy of your confirmation email and barcode to Will Call in the Blue Crystal Palace Entrance at the Javits Center to pick up your ticket(s). We can accept digital copies, but if the line is long, we'll take your printed receipt and give you your ticket to get you out of line faster. Trust us; you'll want to have a printed copy on hand if this happens.

**Figure 14**

24. Defendant's General Onsale practices in 2024 were even worse. On the Ticket Packages & Pricing page for 2024, Defendant advertised its prices as $75.00 for a single day admission ticket. *See* Figure 15.




**Figure 15**

25. On this page, if a consumer clicks the "More info" hyperlink, New York Comic Con tells them that "Price includes local taxes and ticket fees." *See* Figure 16.




**Figure 16**

26. However, this is not true. Once again, New York Comic Con adds on nearly $15.00 more in fees on consumers' tickets after this point in the purchase process. After a consumer selects the "Buy Tickets" button, he is brought Defendant's 2024 General Onsale Ticketing Page. *See* Figure 17, next page. On this page, the price of the tickets increases from $75.00 (which Defendant stated "includes local taxes and ticket fees") to $78.50 for single day

admission tickets. *Id.*




**Figure 17**

27. Again, no where on the 2024 Ticketing Page does Defendant mention the required $14.00 Shipping Fee.

## <u>NEW YORK ARTS & CULTURAL AFFAIRS LAW</u>

28. Effective August 29, 2022, New York enacted Arts & Cultural Affairs Law § 25.07(4), which provides that "[e]very operator or operator's agent of a place of entertainment… shall disclose the total cost of the ticket, inclusive of all ancillary fees that must be paid in order to purchase the ticket, and disclose in a clear and conspicuous manner the portion of the ticket price stated in dollars that represents a <u>service charge</u>, or any other fee or surcharge to the purchaser. Such <u>disclosure</u> of the <u>total cost</u> and fees shall be displayed in the ticket listing <u>prior to</u> the ticket being <u>selected for purchase</u>." *Id.* (emphasis added). And "[t]he price of the ticket shall not increase

during the purchase process." *Id.* Additionally, "[d]isclosures of subtotals, fees, charges, and any other component of the total price shall not be false or misleading, and may not be presented more prominently or in the same or larger size as the total price." *Id.* (emphasis added); *compare with* Figures 1 to 17.

29. Additionally, while ACAL § 25.07(4) allows for "reasonable fees for the delivery of non-electronic tickets," it only does so "based on the delivery method selected by the purchaser, which shall be disclosed prior to accepting payment therefor."

30. Shortly after the law was enacted, ticketing websites peppered the State of New York's Division of Licensing Services with questions about the scope of the law. As explained by the Division of Licensing Services, "the ticket purchasing process begins once a consumer visits a ticket marketplace and first sees a list of seat prices." *See* N.Y. Dep't of State, Div. Licens. Servs., *Request for Additional Guidance – New York State Senate Bill S.9461*, attached hereto as **Exhibit A**, at 1. "From the moment the prospective purchaser assesses the [] ticket lists through the final payment … there should be no price increases to the purchaser for the ticket itself." *Id.* "When a prospective purchaser selects a ticket with full disclosure of the ticket price, the purchaser should not then have to search for the total price of the ticket as the purchaser proceeds through the purchasing process, it should continue to be readily available to the purchaser." *Id.* at 2 (emphasis added). "In short, the ticket listing must include the total cost of the ticket, with a breakdown of all service charges, fees and surcharges, that the purchaser must pay just to purchase the ticket." *Id.* (emphasis added).

## CLASS REPRESENTATION ALLEGATIONS

31. Plaintiffs Knobler, Hickey, and Prater seek to represent a class defined as all individuals in the United States who purchased tickets to the New York Comic Con through the

Verified Pre Sale Purchase Process from Defendant's website on or after August 29, 2022 (the "Verified Pre Sale Class"). Excluded from the Verified Pre Sale Class is any entity in which Defendant has a controlling interest, and officers or directors of Defendant.

32. Plaintiff Geddie seeks to represent a class defined as all individuals in the United States who purchased tickets to the New York Comic Con through the General Onsale Purchase Process from Defendant's website on or after August 29, 2022 (the "General Onsale Class"). Excluded from the General Onsale Class is any entity in which Defendant has a controlling interest, and officers or directors of Defendant.

33. Members of the Classes are so numerous that their individual joinder herein is impracticable. On information and belief, members of the Classes are at least in the thousands. The precise number of Class members and their identities are unknown to Plaintiffs at this time but may be determined through discovery. Class members may be notified of the pendency of this action by mail, email, and/or publication through the distribution records of Defendant.

34. Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members. Common legal and factual questions include, but are not limited to: (a) whether Defendant failed to disclose the total cost of the ticket, including all ancillary fees, prior to the tickets being selected for purchase in violation of New York Arts & Cultural Affairs Law § 25.07(4); (b) whether the displayed price of Defendant's tickets increases during the purchase process in violation of New York Arts & Cultural Affairs Law § 25.07(4); (c) whether Defendant failed to disclose its online Service Fee in a clear and conspicuous manner in violation of New York Arts & Cultural Affairs Law § 25.07(4); (d) whether Defendant failed to disclose its mandatory Shipping Fee in a clear and conspicuous manner in violation of New York Arts & Cultural Affairs Law § 25.07(4); and (e) whether Defendant

displayed the subtotal more prominently than the total price in violation of New York Arts & Cultural Affairs Law § 25.07(4).

35. The claims of the named Plaintiffs are typical of the claims of the Classes in that the named Plaintiffs and the Classes sustained damages as a result of Defendant's uniform wrongful conduct, based upon Defendant's failure to disclose the total cost of its tickets, including Defendant's online service fees, throughout the online ticket purchase process.

36. Plaintiffs are adequate representatives of the Classes because their interests do not conflict with the interests of the Class members they seek to represent, they have retained competent counsel experienced in prosecuting class actions, and they intend to prosecute this action vigorously. The interests of Class members will be fairly and adequately protected by Plaintiffs and their counsel.

37. The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members. Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability. Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case. Individualized litigation also presents a potential for inconsistent or contradictory judgments. In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability. Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## FIRST CAUSE OF ACTION
## New York Arts & Cultural Affairs Law § 25.07

**(On Behalf Of The Classes)**

38. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

39. Plaintiffs bring this claim individually and on behalf of the members of the Classes against Defendant.

40. Defendant is an "operator… of a place of entertainment" because Defendant operates the New York Comic Con, which is a "place of entertainment." "'Place of entertainment' means any privately or publicly owned and operated <u>entertainment facility</u> such as a theatre, stadium, arena, racetrack, museum, <u>amusement park</u>, or <u>other place where</u> <u>performances</u>, concerts, <u>exhibits</u>, athletic games or <u>contests</u> are held for which an entry fee is charged." N.Y. Arts & Cult. Aff. Law § 25.03(6) (emphasis added). In particular, Defendant operates an interactive and immersive experience where guests can view exhibitions, attend workshops and panels, participate in costume competitions, meet notable figures, and buy merchandise.

41. Defendant violated New York Arts & Cultural Affairs Law § 25.07(4) by failing to disclose the "total cost of a ticket, inclusive of all ancillary fees that must be paid in order to purchase the ticket" after a ticket is selected, as depicted in Figures 2 through 17 of this Complaint.

42. Defendant also violated New York Arts & Cultural Affairs Law § 25.07(4) by increasing the total cost of its tickets during the purchase process, as depicted in Figures 2 through 17 of this Complaint.

43. The Service Fee and Shipping Fee are "ancillary fees that must be paid in order to purchase the ticket." N.Y. Arts & Cult. Aff. Law § 25.07(4).

44. New York Arts & Cultural Affairs Law § 25.07(4) states that "[t]he price of the ticket shall not

increase during the purchase process, excluding reasonable fees for the delivery of non-electronic tickets *based on the delivery method selected by the purchaser*, which shall be disclosed prior to accepting payment therefor." (Emphasis added). However, because NY Comic Con requires shipping on all orders (*see* Figure 7), shipping as a ticket delivery method is not "selected by the purchaser." Rather, it is mandated by New York Comic Con. As such, the Shipping Fee is an "ancillary fee that must be paid in order to purchase the ticket." N.Y. Arts & Cult. Aff. Law § 25.07(4).

45. Additionally, the Shipping Fee is never "disclosed prior to accepting payment therefor," which is also a violation of ACAL § 25.07(4).

46. On or about June 11, 2023, Plaintiff Hickey purchased three admission tickets to the 2023 New York Comic Con through Defendant's website. On or about June 18, 2024, Plaintiff Hickey purchased two tickets to the 2024 New York Comic Con through Defendant's website, Plaintiff Hickey was forced to pay Defendant's ancillary fees.

47. On or about June 5, 2025, Plaintiff Knobler purchased three admission tickets to the New York Comic Con on or about through Defendant's website.

48. On or about June 9, 2024, Plaintiff Prater purchased four admission tickets to the New York Comic Con through Defendant's website. On or about June 15, 2025, Plaintiff Prater purchased six single-day admission tickets and one four-day admission ticket to the New York Comic Con on or about through Defendant's website.

49. On or about June 21, 2023, Plaintiff Geddie purchased two admission tickets to the New York Comic Con through Defendant's website during Defendant's General Onsale.

50. Plaintiffs were harmed by paying these ancillary fees because the total cost was not disclosed to Plaintiffs at the beginning of the purchase process, and therefore, is unlawful pursuant

to New York Arts & Cultural Affairs Law § 25.07(4).

51. Plaintiffs were also harmed by not having the total cost of their tickets disclosed upfront at the start of the purchase process. By not knowing the total cost of their tickets before Plaintiffs selected their tickets for purchase from Defendant, Plaintiffs could not shop around for tickets to comparable events. As such, Plaintiffs had no way of knowing whether they were getting the best deal their money could buy. By hiding its fees, Defendant was able to reduce price competition and cause consumer harm to individuals like Plaintiffs.

52. At the time Plaintiffs purchased their tickets, they were not aware that Defendant's fees were unlawful under the New York Arts & Cultural Affairs Law. They were not browsing websites in search of legal violations. Instead, Plaintiffs were browsing Defendant's website because they sincerely intended to purchase tickets, and they did, in fact, purchase those tickets.

53. Plaintiffs were also harmed by paying Shipping Fees that were never disclosed during the purchase process, in violation of New York Arts & Cultural Affairs Law § 25.07(4).

54. On behalf of themselves and members of the Classes, Plaintiffs seek to enjoin the unlawful acts and practices described herein, to recover their "actual damages or fifty dollars, whichever is greater," and reasonable attorneys' fees. *See* N.Y. Arts & Cult. Aff. Law § 25.33.

## COUNT II
## Violation of General Business Law § 349
## (On Behalf Of The Classes)

55. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

56. Plaintiffs bring this claim individually and on behalf of the members of the Classes and against Defendant.

57. New York's General Business Law § 349 prohibits deceptive acts or practices in the conduct of any business, trade, or commerce.

58. Defendant committed deceptive acts and practices by misleadingly and deceptively obscuring the itemization of the extra charges it adds to its ticket prices. In particular, during the General Onsale, Defendant discloses its "Service Fee" mid-way through the transaction. During both the General Onsale and the Fan Verified Pre Sale, Defendants increases the amount of its Service Fee at the final stage of the transaction or after payment, which is not clearly or conspicuously disclosed. Moreover, Defendant fails to disclose its Shipping Fee at any point during the transaction.

59. Defendant also committed deceptive acts and practices by stating in its more information pop-up that the "[p]rice includes local taxes and ticket fees" when the price, in fact, included neither local taxes nor the required Shipping Fee, nor ticket fees or the total amount of the ticket fees. *See* Figures 13 & 16.

60. Defendant's deceptive acts and practices were directed at consumers.

61. Defendant's deceptive acts and practices are misleading in a material way because they deliberately make the itemization of extra charges harder to find, and fundamentally misrepresent the additional costs imposed by Defendant on convention visitors.

62. As a direct and proximate result of Defendant's false, misleading, and deceptive fee representations, Plaintiffs and members of the Classes paid an inflated price for their tickets. By not knowing the total cost of their tickets before Plaintiffs selected their tickets for purchase from Defendant, Plaintiffs could not shop around for tickets to comparable events. As such, Plaintiffs had no way of knowing whether they were getting the best deal their money could buy.

By hiding its fees, Defendant was able to reduce price competition and cause individuals like Plaintiffs to overpay.

63. On behalf of themselves and the Classes, Plaintiffs seek to recover their actual damages or fifty dollars per violation, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, individually and on behalf of the members of the Classes prays for judgment as follows:

(a) For an order certifying the Classes under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiffs as representative of the Classes and Plaintiffs' attorneys as Class Counsel to represent the Classes;

(b) For an order declaring that Defendant's conduct violates the statutes referenced herein;

(c) For an order finding in favor of Plaintiffs and the Classes on all counts asserted herein;

(d) For compensatory and statutory damages in amounts to be determined by the Court and/or jury;

(e) For prejudgment interest on all amounts awarded;

(f) For an order of restitution and all other forms of equitable monetary relief;

(g) For injunctive relief as pleaded or as the Court may deem proper; and

(h) For an order awarding Plaintiffs and the Classes their reasonable attorneys' fees and expenses and costs of suit.

Dated: May 22, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Philip L. Fraietta</u>*
Philip L. Fraietta

Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

Stefan Bogdanovich
1990 N. California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

Eleanor R. Grasso
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: egrasso@bursor.com

*Attorneys for Plaintiffs*