UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA KNOBLER, MURIEL HICKEY, JAMES PRATER, and DANYEL GEDDIE, *individually and on behalf of all others similarly situated,*<br><br>           Plaintiffs,<br><br>    -v.-<br><br>RELX, INC.,<br><br>           Defendant. | 26 Civ. 786 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 1, 2026, Defendant in the above matter filed a motion to dismiss, along with supporting papers. (Dkt. #18-20, 24). Then, on May 22, 2026, Plaintiffs filed a First Amended Complaint. (Dkt. #25). Accordingly, Defendant's motion to dismiss is DENIED without prejudice and the briefing schedule on the motion is ADJOURNED *sine die*. On or before **June 16, 2026**, Defendant shall inform the Court whether they wish to file an Answer or to renew their motion to dismiss. That letter shall include a proposed schedule for an Answer or for briefing on the motion to dismiss.

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

SO ORDERED.

Dated:   May 26, 2026
         New York, New York

                                            KATHERINE POLK FAILLA
                                       United States District Judge